THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| A.A., an individual; M.T., an individual; J.Y., an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SECRET HARBOR, a non-profit corporation,<br><br>Defendant. | Cause No.: 2:24-cv-00681-JNW<br><br>SECOND NOTICE OF ERRATA TO MOTION TO INTERVENE |

COME NOW the insurers[1] of receivership defendant Secret Harbor and hereby notify the Court and counsel of the following erratum to their Motion to Intervene.

On page 7, line 14, the signature block states, "Attorney for Secret Harbor." The signature block should instead read, "Attorney for Intervening Insurers."

---

[1] Markel Insurance Company ("MIC"), Admiral Insurance Company ("Admiral"), Western World Insurance Company ("Western World"), Ranger Insurance Company ("Ranger"), and Scottsdale Insurance Company ("Scottsdale") (collectively referred to herein as the "Insurers")

SECOND NOTICE OF ERRATA TO
MOTION TO INTERVENE - 1
(Case No. 2:24-cv-00681-JNW)

**BAKER STERCHI
COWDEN & RICE, LLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

Dated this 10th day of August, 2026.

**BAKER STERCHI COWDEN RICE, LLC**

*s/ Megan M. Coluccio*
MEGAN M. COLUCCIO, WSBA #44178
2100 Westlake Avenue North, Suite 206
Phone: 206-957-9669
Fax:  206-352-7875
Email: megan.coluccio@bakersterchi.com
*Attorney for Intervening Insurers*

SECOND NOTICE OF ERRATA TO
MOTION TO INTERVENE - 2
(Case No. 2:24-cv-00681-JNW)

**BAKER STERCHI
COWDEN & RICE, LLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

# CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of August, 2026, I caused a true and correct copy of the foregoing document to be served upon the following in the manner indicated below:

Counsel for Plaintiffs:                                          *Via CM/ECF/E-mail*
Darrell L. Cochran, WSBA #22851
Kevin M. Hastings, WSBA #42316
Andrew S. Ulmer, WSBA #51227
Alexander G. Dietz, WSBA #54842
PFAU COCHRAN VERTETIS AMALA
909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799
Fax: (253) 627-0654
darrell@pcvalaw.com
kevin@pcvalaw.com
aulmer@pcvalaw.com
adietz@pcvalaw.com

Dated this 10th day of August, 2026, in Seattle, Washington.


                                    */s/ Taryn Tomassetti*
                                    Taryn Tomassetti, Legal Assistant
                                    Email: taryn.tomassetti@bakersterchi.com


SECOND NOTICE OF ERRATA TO
MOTION TO INTERVENE - 3
(Case No. 2:24-cv-00681-JNW)

**BAKER STERCHI
COWDEN & RICE, LLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669