UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.A., M.T., and J.Y.,<br><br>Plaintiffs,<br><br>v.<br><br>SECRET HARBOR,<br><br>Defendant. | CASE NO. 2:24-cv-00681-JNW<br><br>ORDER |

In Defendant Secret Harbor's receivership proceedings, Skagit County Superior Court Judge Riquelme ordered the Receiver not to intervene on Secret Harbor's behalf in this case. Dkt. No. 39-1 at 34. The Receiver also asked Secret Harbor's counsel to withdraw. *Id.* at 44; *see also O.H. et al. v. Secret Harbor*, Case No. 2:23-cv-00060, Dkt. No. 248 at 12 (W.D. Wash. Jan. 11, 2023).

On July 29, 2026, Secret Harbor's counsel moved to withdraw under Local Civil Rule 83.2(b)(1). Dkt. No. 38. Plaintiffs A.A., M.T., and J.Y. did not respond.

On July 30, 2026, Markel Insurance Company, Admiral Insurance Company, Western World Insurance Company, Ranger Insurance Company, and Scottsdale Insurance Company (collectively, the "Insurers") moved to intervene. Dkt. No. 40.

Plaintiffs do not oppose intervention on two conditions: (1) that intervention not delay the trial; and (2) that the Insurers intervene in their own name. Dkt. No. 46 at 2. The Insurers object to both conditions, arguing that neither is required under Federal Rule of Civil Procedure 24(a), which governs intervention. The Court agrees with the Insurers.

Accordingly, the Court ORDERS:

1. Secret Harbor's counsels' motion to withdraw under Local Civil Rule 83.2(b)(1) is GRANTED, Dkt. No. 38.
2. The Insurers' motion to intervene is GRANTED, and the Insurers may intervene for the purposes stated in their motion, Dkt. No. 40.
3. Plaintiffs and the Insurers are ORDERED to show cause within FOURTEEN (14) days of this order why the Court should not consolidate this case with the two related cases: *O.H. et al. v. Secret Harbor*, 2:23-cv-00060, and *D.P. et al. v. Secret Harbor*, 2:25-cv-01010. Briefs may not exceed five pages. The Court directs the Clerk to calendar this deadline.

Dated this 21st day of August, 2026.

Jamal N. Whitehead
United States District Judge